**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SACHA FERNANDEZ, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PETER FAMIGLIO, individually and as | : | |
| Plan Administrator of Peter Famiglio | : | |
| 401(k) Plan, | : | |
| *Defendant*. | : | NO. 26-cv-0105 |

**ORDER**

**AND NOW,** this **29th** day of **May 2026**, upon review of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 19), Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (ECF No. 20), Defendant's Reply in Support of his Motion to Dismiss (ECF No. 21), Plaintiff's Sur-Reply in Opposition to Defendant's Motion to Dismiss (ECF No. 22), and Defendant's Sur-Surreply in Support of his Motion to Dismiss (ECF No. 23), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 19) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.

2. The First Amended Complaint (ECF No. 16) is **DISMISSED without prejudice**.

3. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order, on or before **June 29, 2026**. After thirty (30) days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

**BY THE COURT:**

 /s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**