**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SACHA FERNANDEZ,** *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | |
| **PETER FAMIGLIO, individually and as Plan Administrator of Peter Famiglio 401(k) Plan,** *Defendant.* | : | **NO. 26-cv-0105** |

**ORDER**

**AND NOW,** this **31st** day of **July 2026**, upon review of Plaintiff's Motion for Reconsideration of Dismissal of Count II (ECF No. 26), Defendant's Response in Opposition to Plaintiff's Motion for Reconsideration (ECF No. 28), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Reconsideration (ECF No. 26) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**