**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SACHA FERNANDEZ,** *Plaintiff*, | : | **CIVIL ACTION** |
| v. | : | |
| **PETER FAMIGLIO, individually and as Plan Administrator of Peter Famiglio 401(k) Plan,** *Defendant*. | : | **NO. 26-cv-0105** |

# ORDER

**AND NOW,** this **10th** day of **September 2026**, upon consideration of Defendant's Motion to Strike and/or Dismiss Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(f)(6) and 12(b)(6) (the "Motion to Dismiss") (ECF No. 29), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 29) is **GRANTED** for the reasons stated in the accompanying memorandum.
2. Plaintiff's Second Amended Complaint (ECF No. 27) is **DISMISSED WITH PREJUDICE**.
3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**